IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Michael Anthony Owen**                                                                          **Plaintiff**

v.                                      No. 5:15-CV–256-JM

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                           **Defendant**

### ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds that no party has objected. The court ACCEPTS the recommended disposition and DENIES Michael Anthony Owen's request for relief (docket entry # 2). The court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

So ordered this 27th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE